1  Julie L. Hussey, Bar No. 237711
   JHussey@perkinscoie.com
2  Jacob L. Speckhard, Bar No. 325030
   JSpeckhard@perkinscoie.com
3  PERKINS COIE LLP
   11452 El Camino Real, Suite 300
4  San Diego, California 92130-2080
   Telephone: +1.858.720.5700
5  Facsimile:  +1.858.720.5799

6  Mallory Gitt Webster, *pro hac vice forthcoming*
   MWebster@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, Washington 98101-3099
   Telephone: +1.206.359.8000
9  Facsimile:  +1.206.359.9000

10 Attorneys for Defendant Amazon.com, Inc. and Amazon.com
   Services LLC (erroneously named as Amazon.com LLC)

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT OF CALIFORNIA**

13

14

15 ISABELLA VALLES; EBONY WARE;
   DANIELA URIBE; JINAH CHUNG; CASEY
   MILES; KRYSTAL LARREA; JACQUELYN
16 PEREZ; MARBLEANE BOND; RUBY
   HORTA; EMILY PARKER; BRANDI
17 NEVEL; XIOMARA CARLOS; DINA ALI;
   JENISEA HARO; RAYNA CARR; SONIA
18 DUARTE; KAREN WILLIAMS; MONICA
   STEVENS; JULIANA IBANEZ TRUJILLO;
19 KAYLEE MICHELLE; ARIELA
   PETRUESCU; HIENNESSEYY LE;
20 AMANDA SEDA; ARIELLE WHITE; and
   ALINAA LOPEZ, on behalf of themselves
21 and all others similarly situated,

22        Plaintiffs,

23        v.

24 AMAZON.COM, INC.; AMAZON.COM
   SERVICES LLC; and DOES 1 through 100,
25 inclusive,

26        Defendants.

27

28

Case No. ___3:24-cv-06233___

**AMAZON.COM, INC. AND
AMAZON.COM SERVICES LLC'S
CORPORATE DISCLOSURE
STATEMENT**

[Removed from the Superior Court of the State
of California for the County of San Francisco,
Case No. CGC-24-615805]

Complaint Filed: June 24, 2024

-1-

1   **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2       Pursuant to Federal Rule of Civil Procedure 7.1, defendant Amazon.com, Inc. and

3   Amazon.com Services LLC (erroneously named as Amazon.com LLC[1]) provide the following

4   disclosures.

5       Amazon.com, Inc. is a publicly traded company (NASDAQ: AMZN) that has no parent

6   corporation, and no publicly held corporation owns 10% or more of its stock. Amazon.com, Inc.

7   is incorporated in the State of Delaware with its principal place of business in Washington.

8       Amazon.com Services LLC is a wholly owned, indirect subsidiary of Amazon.com, Inc.

9   Amazon.com Services LLC is a citizen of Delaware and Washington. Amazon.com Services

10  LLC's sole member, Amazon.com Sales, Inc., is incorporated in the State of Delaware with its

11  principal place of business in Washington.

12      A supplemental certificate and/or disclosure statement(s) will be filed upon any change

13  in the information provided herein.

14

15

16  Dated:  September 4, 2024                 **PERKINS COIE LLP**

17

18                       By: *s/ Julie L. Hussey*
                             Julie L. Hussey, Bar No. 237711

19                           Jacob L. Speckhard, Bar No. 325030
                             Mallory Gitt Webster, *pro hac vice*

20                           *forthcoming*

21                       Attorneys for Defendant Amazon.com, Inc. and
                         Amazon.com Services LLC (erroneously named

22                       as Amazon.com LLC)

23

24

25

26

27

---

28      [1] The entity was merged into Amazon.com Services LLC on January 1, 2018.

-2-

CORPORATE DISCLOSURE STATEMENT

168704539