Julie L. Hussey, Bar No. 237711
JHussey@perkinscoie.com
Jacob L. Speckhard, Bar No. 325030
JSpeckhard@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile:  +1.858.720.5799

Mallory Gitt Webster, *pro hac vice forthcoming*
MWebster@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Attorneys for Defendant Amazon.com, Inc. and Amazon.com Services LLC (erroneously named Amazon.com, Inc.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLA VALLES; EBONY WARE; DANIELA URIBE; JINAH CHUNG; CASEY MILES; KRYSTAL LARREA; JACQUELYN PEREZ; MARBLEANE BOND; RUBY HORTA; EMILY PARKER; BRANDI NEVEL; XIOMARA CARLOS; DINA ALI; JENISEA HARO; RAYNA CARR; SONIA DUARTE; KAREN WILLIAMS; MONICA STEVENS; JULIANA IBANEZ TRUJILLO; KAYLEE MICHELLE; ARIELA PETRUESCU; HIENNESSEYY LE; AMANDA SEDA; ARIELLE WHITE; and ALINAA LOPEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:24-cv-06233<br><br>**AMAZON.COM, INC. AND AMAZON.COM SERVICES LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>[Removed from the Superior Court of the State of California for the County of San Francisco, Case No. CGC-24-615805]<br><br>Complaint Filed: June 24, 2024 |

Pursuant to Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties[1]) to report.

Dated:  September 4, 2024        **PERKINS COIE LLP**

By: *s/ Julie L. Hussey*
Julie L. Hussey, Bar No. 237711
Jacob L. Speckhard, Bar No. 325030
Mallory Gitt Webster, *pro hac vice forthcoming*

Attorneys for Defendant Amazon.com, Inc. and Amazon.com Services LLC (erroneously named Amazon.com, Inc.)

---

[1] Plaintiffs erroneously named Amazon.com LLC; that entity was merged into Amazon.com Services LLC on January 1, 2018.