UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLA VALLES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM LLC, et al., <br><br> Defendants. | Case No. 24-cv-06233-VC   (TSH) <br><br> **NOTICE OF REFERRAL FOR DISCOVERY** |

This case has been referred to the undersigned magistrate judge for all discovery. For any pending matters at the time of referral, the Court will issue a separate order. For all future discovery-related matters, the parties must comply with the undersigned's Discovery Standing Order, available on the Court's website at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Please direct any questions to Rose Maher, Courtroom Deputy, at Rose_Maher@cand.uscourts.gov or (415) 522-4708.

**IT IS SO ORDERED.**

Dated: December 6, 2024

THOMAS S. HIXSON  
United States Magistrate Judge