United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLA VALLES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMAZON.COM LLC, et al.,<br><br>        Defendants. | Case No. 24-cv-06233-VC (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 42 |

In ECF No. 42, Amazon provided its discovery letter brief. The Court **ORDERS** Plaintiffs to file a response, not to exceed five pages, no later than April 7, 2025.

**IT IS SO ORDERED.**

Dated: March 31, 2025

THOMAS S. HIXSON
United States Magistrate Judge