UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLA VALLES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM LLC, et al.,<br><br>Defendants. | Case No.  24-cv-06233-VC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 56, 63 |

None of the plaintiffs mentioned in the motions to withdraw as party's only attorney (Dkt. Nos. 56 and 63) appeared at the hearing on the motions. These plaintiffs are ordered to show cause as to why they should not be dismissed from this case for failing to prosecute the case. Any responses are due within 7 days of this Order. Any plaintiff who does not submit a response by that deadline will be dismissed with prejudice, pursuant to Rule 41(b). Although the motion to withdraw will be granted, counsel for the plaintiffs must serve this order on the plaintiffs and file a proof of service by Monday, September 22.

**IT IS SO ORDERED.**

Dated: September 18, 2025

_____

VINCE CHHABRIA
United States District Judge